FILED IN
COURT OF CRIMINAL APPEALS

November 13, 2015

ABEL ACOSTA, CLERK

PD-0483-1
COURT OF CRIMINAL APPEAL
AUSTIN, TEXA
Transmitted 11/13/2015 9:40:30 AI
Accepted 11/13/2015 9:44:15 AI
ABEL ACOST.
CLER

TO THE COURT OF CRIMINAL APPEALS

No. PD-0483-15

RUBEN TOTTEN

vs.

STATE OF TEXAS

On appeal from the 230th
District Court of Harris County
Trial Cause Number 1365961
COA #01-14-00189-CR

*granted*
*PC*
*11-13-15*

---

### Appellant's Final Motion to Extend Time to File Brief on the Merits for One day—Brief Already Filed

---

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

COMES NOW, RUBEN TOTTEN, and files this his Motion to Extend Time to File Brief on the Merits, and in support thereof, would respectfully show the Court the following:

### I.

Appellant's brief on the merits was due on November 10th. The brief was filed on November 11th. One previous motion for extension has been filed.

### II.

On the evening in which she was about to e-file the brief, counsel experienced a series of frustrating computer errors which resulted in lost and un-updated files. Some of it had to be retreived from other sources and some of it had to be recreated. This caused the brief to be filed just after the deadline. Counsel apologizes for the unintentional delay and for any inconvenience to this Honorable Court or to its very gracious Clerk's office.

This motion is in accordance with Texas Rules of Appellate Procedure 10.5(b) and 38.6(d)("A motion to extend the time to file a brief may be filed before or after the date the brief is due.").

## III.

Counsel additionally requests an extension due to the fact that our Appellate Division is currently very understaffed as we are down to 6 attorneys from an original 10 attorneys. We are in the process of hiring additional attorneys. In the meantime, Counsel is working an extensive amount of overtime and has filed 23 briefs for criminal appellants so far this year, in addition to all of the client-centered duties such representation entails.

Additionally, counsel is the PDO's "Intern and Career Development Coordinator" who runs the office's intern program which requires daily attention and the FACT (Future Appointed Counsel Training) Program implemented from a federal grant to oversee the training of new lawyers. Counsel is also on the Board of Directors for the Harris County Criminal Lawyers Association which requires some time although most of those duties have recently had to be placed on the back-burner.

Counsel has been engaged in work in the Harris County Public Defender's Office on many cases, include the following:

- *Lenin Lopez,* 01-13-01079-CR, reversed and set for rehearing in cause #1403196

- *Joseph Smith,* 14-15-00625-CR

- *Darryle Robertson,* 14-15-00132-CR

- *Hugo Pachas-Lunas,* 01-14-00516-CR

- *Michael Davila,* 01-15-00560-CR

- *Stephen Hopper,* 14-15-00371-CR

- *Domingo Medina,* 01-15-00575-CR

- *Kori Henegar,* 14-15-00529-CR

- *Craig Beal,* 01-12-00896-CR

- *Corey Nickerson,* 01-15-00764-CR through 01-15-00766-CR

- *Emanuel Hayes,* 1408364

- Research and writing in preparation for several cases for the trial division of the Harris County Public Defender's Office.

## IV.

Appellant's attorney requests an extension of 1 day, until November 11, which is necessary so that the brief can be thoroughly written and timely filed. This motion is not made for the purpose of delay.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Honorable Court grants this requested extension of time to file the appellant's brief on the merits in the above cause and extend the time for filing to November 11, 2015, the day on which the brief was filed.

Respectfully submitted,

ALEXANDER BUNIN
Chief Public Defender
Harris County, Texas


/s/Sarah V. Wood
SARAH V. WOOD
Assistant Public Defender
Harris County, Texas
Texas Bar Number 24048898
1201 Franklin, 13th Floor
Houston Texas 77002
713.368.0016 (phone)
713.368.9278 (fax)
Sarah.Wood@pdo.hctx.net

## CERTIFICATE OF SERVICE

By my signature below, I hereby certify that a true and correct copy of the above and foregoing Appellant's Motion to Extend Time to File Brief on the Merits has been served on the State Prosecuting Attorney and the District Attorney of Harris County,

Texas, via the e-file service.

/s/Sarah V. Wood